

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00317-CV

| | | |
|---|---|---|
| Tommy League, Jr. and Denise M. League | § | From the 431st District Court |
| v. | § | of Denton County (2011-70219-431) |
| American Home Mortgage Servicing Inc.; Codilis & Stawiarski; and HSBC Bank USA, National Association as Trustee for SG Mortgage Securities Trust 2005-Opt1 Asset Backed Certificates, Series 2005-Opt1 | § | August 29, 2013 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part, and the case is remanded to the trial court. We reverse that portion of the trial court's order granting summary judgment in favor of American Home Mortgage Servicing, Inc. and HSBC Bank USA, National Association as Trustee for SG Mortgage Securities Trust 2005-OPT1 Asset Backed Certificates, Series 2005-OPT1 on

Tommy League, Jr.'s and Denise M. League's declaratory judgment and DTPA claims. We affirm the remainder of the trial court's orders granting summary judgment in favor of American Home Mortgage Servicing, Inc., HSBC Bank USA, National Association as Trustee for SG Mortgage Securities Trust 2005-OPT1 Asset Backed Certificates, Series 2005-OPT1, and Codilis & Stawiarski. We deny Tommy League, Jr.'s and Denise M. League's request for the temporary injunction. We remand the case to the trial court for further proceedings consistent with this opinion.

It is further ordered the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel